UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 06-0464M-01 (CR) |
| | : | |
| CARLITA JACKSON, | : | VIOLATION: 18 U.S.C. § 1344 |
| | : | (Bank Fraud) |
| Defendant. | : | |

**I N F O R M A T I O N**

The United States Attorney hereby informs the Court that**:**

**COUNT ONE**

Between on or about December 3, 2004, and on or about March 15, 2005, in a continuing course of action, within the District of Columbia and elsewhere, defendant CARLITA JACKSON, devised and executed a scheme and artifice to defraud Suntrust Bank, a financial institution insured by the Federal Deposit Insurance Corporation, and to obtain money, funds and assets owned by and under the custody and control of Suntrust Bank by means of false or fraudulent pretenses, representations and promises.

**(Bank Fraud, in violation of Title l8, United States Code, Sections 1344)**

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

BY: _____
PERHAM GORJI
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W. Room 4233
Washington, D.C. 20530
(202) 353-8822