UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 07-0010 (RMU) |
| | : | |
| CARLITA JACKSON | : | |
| | : | |
| Defendant. | : | |

**ORDER**

FILED
FEB 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 12th day of February 2007,

**ORDERED** that the plea hearing in the above-captioned case scheduled for March 6, 2007 is hereby **VACATED** and **RESCHEDULED** for Thursday, March 8, 2007 at 10:30 am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge