CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 07-0010 (RMU)
)
CARLITA JACKSON )

**WAIVER OF TRIAL BY JURY**

FILED
MAR 8 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, the defendant waives his [her] right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
Ricardo M. Urbina
United States District Court Judge