United States District Court **FILED**
for the District of Columbia   MAR 8 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                          WAIVER OF INDICTMENT

**CARLITA JACKSON**

Case Number: 07-0010 (RMU)

I, **CARLITA JACKSON**, the above named defendant, who is accused of **Conspiracy to Bank Fraud, Title 18, United States Code, Section 1344,** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **March 8, 2007,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge