IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 07-010 (RMU) |
| v. | : |
| CARLITA JACKSON, | : MAG. NO.: |
| | : |
| | : 18 U.S.C. § 1344 |
| Defendant. | : (Bank Fraud) |
| | : |

**FILED**

MAR 8 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant CARLITA JACKSON, agrees and stipulates that were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

Michael Krier lived at all relevant times in the 1300 block of U Street, N.W., Washington, D.C. Mr. Krier planned to travel to Europe between late December, 2004, and mid February 2005. Prior to leaving for his trip, Mr. Krier made arrangements with defendant CARLITA JACKSON to look after his apartment while he was gone. Mr. Krier was introduced to CARLITA JACKSON through her mother, who is the receptionist at Mr. Krier's doctor's office. Mr. Krier had known CARLITA JACKSON's mother in that capacity for several years, and he met with CARLITA JACKSON several times between November 2004 and December 23, 2004, when he left for Europe. CARLITA JACKSON was to look after Mr. Krier's apartment while he was gone. She was to check his mail and was permitted to stay at Mr. Krier's apartment as she wished during that time period.

After Mr. Krier left for Europe, CARLITA JACKSON obtained checkbooks belonging to Michael Krier that were in his apartment. The checkbooks were for a Suntrust Bank account belonging to Michael Krier (hereinafter, "Mr. Krier's account"). At no time was defendant CARLITA JACKSON an authorized signatory of Mr. Krier's account. After Mr. Krier left on his trip, CARLITA JACKSON forged Mr. Krier's signature and cashed the following checks she made payable to herself from Mr. Krier's account, without proper authorization, between on our about December 23, 2004, and on or about March 15, 2005:

| Date | Check # | Amount |
|---|---|---|
| 12/23/2004 | 2031 | $400.00 |
| 12/24/2005 | 2032 | $400.00 |
| 12/25/2004 | 2033 | $1,200.00 |
| 12/27/2005 | 2036 | $900.00 |
| 01/13/2005 | 2037 | $900.00 |
| 01/02/2005 | 2038 | $500.00 |
| 12/29/2004 | 2040 | $1,000.00 |
| 01/04/2005 | 2041 | $465.00 |
| 01/05/2005 | 2044 | $800.00 |
| 01/04/2005 | 2045 | $750.00 |
| 010/8/2005 | 2046 | $900.00 |
| 01/09/2005 | 2047 | $850.00 |
| 01/11/2005 | 2049 | $875.00 |
| 01/12/2005 | 2050 | $750.00 |
| 01/14/2005 | 2051 | $600.00 |
| 01/15/2005 | 2054 | $450.00 |
| 01/15/2005 | 2056 | $250.00 |
| 01/18/2005 | 2057 | $400.00 |
| 01/31/2005 | 2091 | $222.00 |
| 02/04/2005 | 2093 | $850.00 |
| 02/11/2005 | 2095 | $860.00 |
| 02/03/2005 | 2096 | $975.60 |
| 02/06/2005 | 2097 | $1,925.00 |
| 02/08/2005 | 2098 | $400.00 |
| 03/12/2005 | 2099 | $950.00 |

| | | |
|---|---|---|
| 03/07/2005 | 2100 | $800.00 |
| 02/07/2005 | 2101 | $850.00 |
| 02/09/2005 | 2102 | $1,400.00 |
| 02/16/2005 | 2103 | $800.00 |
| 02/11/2005 | 2104 | $875.00 |
| 02/10/2005 | 2105 | $700.00 |
| 02/13/2005 | 2106 | $965.00 |
| 02/14/2005 | 2107 | $705.00 |
| 03/01/2005 | 2109 | $600.00 |
| 03/02/2005 | 2110 | $800.00 |
| 03/03/2005 | 2111 | $870.00 |
| 02/28/2005 | 2113 | $600.00 |
| 03/03/2005 | 2114 | $250.00 |
| 03/10/2005 | 2115 | $950.00 |
| 03/11/2005 | 2116 | $989.00 |
| 02/28/2005 | 2117 | $400.00 |
| 02/28/2005 | 2118 | $975.00 |
| 02/28/2005 | 2119 | $300.00 |

In addition, CARLITA JACKSON forged Mr. Krier signature on check number 2094 from Mr. Krier's account and made it payable to Enterprise Car Rental for the purchase of goods and services from Enterprise, without proper approval from Mr. Krier.

All of the above listed checks from Mr. Krier's account were honored by Suntrust Bank. At all relevant times, Suntrust Bank was a financial institution insured by the Federal Deposit Insurance Corporation. According to Mr. Krier, the issuance and cashing of the above listed checks resulted in the theft of $27,567.40 from his Suntrust account.

Upon discovering that money was missing from his account and that CARLITA JACKSON had issued checks fraudulently from his account, Mr. Krier sent an email to CARLITA JACKSON demanding that she pay him the money she had stolen from his account. By email response, CARLITA JACKSON requested to make payment arrangements with Mr. Krier.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney
                Bar No. 498610

By: _____
                Perham Gorji
                Assistant United States Attorney
                Delaware Bar No. 3737
                U.S. Attorney's Office
                555 4th Street, N.W., Rm. 4233
                Washington, D.C. 20530
                (202) 353-8822

### DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the four (4) page Statement of Offense in the above-captioned case, 07-010 (RMU), with my attorney, Rita Bosworth, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: 3/8/07

_____
Carlita Jackson, Defendant

Date: 3/8/07

_____
Rita Bosworth, Esq.
Attorney for Defendant