U.S.A. vs. Carlita Jackson                    Docket No.: <u>CR-07-00010-01</u>

**FILED**

**REQUEST FOR MODIFICATION OF BOND CONDITIONS**    APR 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Modify bond supervision conditions to include drug testing and treatment, if necessary, at the direction of the DC Pretrial Services Office granted ✓

2. Modify bond conditions request denied _____

**ORDER OF COURT**

Considered and ordered this ___24th___ day of ___April___, 2007.

_____
Ricardo M. Urbina
**United States District Judge**