UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>CARLITA JACKSON        )<br>_____ ) | Cr. No. 07-10 (RMU) |

## UNOPPOSED MOTION FOR LEAVE TO LATE FILE

Defendant, Carlita Jackson, through undersigned counsel, respectfully requests leave to late-file her sentencing memorandum. She states in support the following:

1. Ms. Jackson pled guilty on March 8, 2007.

2. The final copy of Ms. Jackson's Pre-Sentence Investigation Report reflects that it was published on May 9, 2007.

3. Counsel received a copy of the PSR on May 14, 2007.

4. In order to ensure that her sentencing memorandum was thorough and accurate, counsel wanted to meet with Ms. Jackson before filing the memorandum.

5. Ms. Jackson works full time and counsel did not want to force her to miss work and risk losing her job on account of this meeting.

6. Counsel was on leave from May 25- June 4.

7. Counsel was finally able to connect with Ms. Jackson when she returned from leave.

8. In addition to meeting with Ms. Jackson, counsel needed to gather information with which to respond to the government's memorandum.

9. As soon as counsel had all necessary information, counsel filed her sentencing memorandum.

      10. Counsel for the government does not oppose this request.

WHEREFORE, counsel for Defendant, respectfully requests that the Court grant defendant's Motion to Late-File.

                              Respectfully submitted,

                              A.J. KRAMER
                              FEDERAL PUBLIC DEFENDER

                              _____"/s/"_____
                              RITA BOSWORTH
                              Assistant Federal Public Defenders
                              625 Indiana Avenue, N.W.,
                              Suite 550
                              Washington, D.C.  20004
                              (202)  208-7500

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **v.** ) <br> ) <br> **CARLITA JACKSON** ) <br> _____ ) | Cr. No. 07-010 (RMU) |

### ORDER

Upon consideration of the Unopposed Motion to Late-File Defendant's sentencing memorandum, it is this _____ day of June, 2007, hereby

**ORDERED** that counsel shall be permitted to file the memorandum.

_____
RICARDO URBINA
UNITED STATES DISTRICT JUDGE