UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-010 (RMU)** |
| | : | |
| v. | : | |
| | : | |
| **CARLITTA JACKSON** | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Aaron Mendelsohn at telephone number 202-514-9519 and/or email address Aaron.Mendelsohn@usdoj.gov  Aaron Mendelsohn will substitute for Assistant United States Attorney Perham Gorji counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____/s/_____
Aaron Mendelsohn
Assistant United States Attorney
Federal Major Crimes, Bar No. 467-570
555 4th Street, NW,  Room 4239
Washington, DC 20530
202-514-9519