IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARLITA JACKSON )<br>_____ ) | Cr. No. 07-010 (RMU) | **FILED**<br>JUN 1 4 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

Upon consideration of the Unopposed Motion to Late-File Defendant's sentencing memorandum, it is this 14th day of June, 2007, hereby

**ORDERED** that counsel shall be permitted to file the memorandum.

*Ricardo M. Urbina*
RICARDO URBINA
UNITED STATES DISTRICT JUDGE