**HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Docket No.: <u>CR-07-00010-01</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| **JACKSON, Carlita** | : | Disclosure Date: <u>April 19, 2007</u> |

**FILED**

JUN 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                                    **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Carlita Jackson_  4/26/07          _Rita Bosworth_  4/26/07
**Defendant**           **Date**                    **Defense Counsel**     **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 7, 2007</u>, to U.S. Probation Officer <u>Linsey Epson</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**Receipt and Acknowledgment**                                                                 Page 2

#33: Ms. Cardwell works FULL time at the Cochran House, not half. Ms. Jackson has always lived with her grandmother, never with her mother.

#35: April and Sakina Cardwell are Ms. Jackson's HALF sisters, not step sisters. They have the same mother.

#36: Ms. Jackson DOES provide for her sons - she sends $300 per month to their father, and more if he needs more. She intends to start visiting them more.

Signed by: _Rita Bosworth_
(Defendant/Defense Attorney/AUSA)

Date: 4/26/07