IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | Cr. No. 07-010 (RMU) | |
| v. ) | | |
| ) | | |
| **CARLITA JACKSON** ) | | |
| _____ ) | | |

**DEFENDANT'S MOTION TO BE RELEASED PENDING
DESIGNATION AT A BOP FACILITY**

Ms. Carlita Jackson, through undersigned counsel, hereby respectfully requests that this court release her from custody and permit her to voluntarily surrender to serve her sentence once a BOP facility is designated, and she states in support the following:

1. On March 9, 2007, Ms. Jackson entered a plea of guilty to one count of Bank Fraud in violation of 18 U.S.C. § 1344.  Ms. Jackson was sentenced by this court on June 21, 2007.  She received a sentence of six months followed by five years of supervised release.

2. Without hearing argument from counsel, this court ordered that Ms. Jackson be taken into custody by the U.S. Marshal immediately following the sentencing hearing.

3. Pursuant to 18 U.S.C. § 3141 this court has authority to set conditions of release for a defendant.  The statute specifies that release on personal recognizance or unsecured appearance bond is appropriate "unless the judicial officer determines that such release will not reasonably assure the appearance of the person as required or will endanger the safety of any other person in the community."  18 U.S.C. § 3142(b).

4. The only offenses for which a presumption that no condition or combination of conditions of release will reasonably assure the appearance of the person as required or the safety of the community are: a crime of violence; a crime with maximum sentence of life imprisonment

or death; a controlled substance act offense; any felony whereby a defendant has been convicted of two or more serious felonies; any felony involving a minor victim or firearm. 18 U.S.C. § 3142(f)(1).

     5. Based on Ms. Jackson's history, there is no indication that she will fail to report as instructed to serve her sentence. She has never missed a court date and she has never missed a weekly check-in with pre trial services. She also provided verification of her address and employment. There is also no indication that Ms. Jackson is a danger to the community, as she has not incurred any new criminal charges or endangered anyone around her during the tenure of this case. She in fact has maintained very stable employment. Finally, Ms. Jackson's offense is not one for which a presumption of detention arises.

     6. Ms. Jackson is currently employed at D.C. Child and Family Services. If she is permitted to be released from custody and self-report once the BOP facility is designated, she will be able to ensure that her job is still available to her when she is released from prison. She will also be able to ensure that her family is taken care of while she is away by paying her bills ahead of time and making arrangements for when she is gone. Allowing her to get her affairs in order before she reports to jail will benefit everyone involved in this case, particularly the victim, because if Ms. Jackson has a job when she is released, he will be much more likely to start receiving his restitution right away.

     7. It takes an estimated four to six weeks for the Bureau of Prisons to designate a facility in which a defendant will serve her time. If Ms. Jackson is not released pending this designation, the already overcrowded D.C. Jail will be forced to accommodate her. She has significant health issues which will be best addressed at a specialized facility and which the D.C. Jail should not have to deal with if they do not have to.

8.  Undersigned counsel spoke with Assistant United States Attorney Aaron Mendelsohn, who takes no position on this motion.

WHEREFORE Ms. Jackson respectfully requests that this court order she be released from custody and allowed to voluntarily surrender to the BOP facility when one is so designated.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
RITA BOSWORTH
Assistant Federal Public Defenders
625 Indiana Avenue, N.W.,
Suite 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **v.** ) <br> ) <br> **CARLITA JACKSON** ) <br> _____) | **Cr. No. 07-010 (RMU)** |

**ORDER**

Upon consideration of the Defendant's Motion to be released pending designation at a BOP facility, it is this _____ day of June, 2007, hereby

**ORDERED** that Ms. Jackson shall be released from the D.C. Jail and allowed to voluntarily surrender to serve her sentence.

_____
RICARDO URBINA
UNITED STATES DISTRICT JUDGE