IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>CARLITA JACKSON    )<br>_____ ) | Cr. No. 07-010 (RMU) |

**FILED**
JUN 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the Defendant's Motion to be released pending designation at a BOP facility, it is this 25 day of June, 2007, hereby

**ORDERED** that Ms. Jackson shall be released from the D.C. Jail and allowed to voluntarily surrender to serve her sentence.

_____
RICARDO URBINA
UNITED STATES DISTRICT JUDGE