HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

**FILED**

JUL 2 3 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Carlita Jackson                              Docket No.: 07CR10-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Carlita Jackson  having been sentenced, on 6/21/2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  FDC Philadelphia , in  Philadelphia, PA  by 2 p.m., on  August 2, 2007 .

7/23/07
Date

Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

**ATTORNEY/U.S. PROBATION OFFICER**                    **DEFENDANT**

Revised 6-2004